| | |
|---|---|
| DAVID L. SKELTON, TRUSTEE #96250<br>REBECCA E. PENNINGTON #174488<br>RICHARD L. STEVENSON #239705<br>525 B STREET, SUITE 1430<br>SAN DIEGO, CA 92101<br>(619) 338-4006  FAX (619) 239-5242 | FILED<br>13 MAY 29 AM 9:44<br>U.S. BANKRUPTCY CLERK<br>SO. DIST. OF CALIF. |
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, CA 92101-6991 | |
| In Re:<br>  J DAVID GARCIA<br>  ENRIQUETA GARCIA<br>  4590 THORN ST<br>  SAN DIEGO, CA 92105-0000<br><br>                    Debtors. | Chapter 13<br><br>Bankruptcy Case No. 07-06292-LT13<br><br><br>UNDISTRIBUTED FUNDS |

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSED

EXPLANATION OF SOURCES: CREDITOR FUNDS UNDELIVERABLE

NAME OF PAYEE ON UNCLAIMED CHECK:
   CHEVRON CREDIT BANK NA
   PO BOX 981430
   EL PASO TX 79998-1430
                                                                  AMOUNT: $321.90

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtors, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:   [ X ]DEBTORS   [X]ATTORNEY   [ X ]PAYEE


DATED: April 29, 2013

_Patty Morgan_
Clerk for the Office of
DAVID L. SKELTON, TRUSTEE


JOHN F BRADY #63900
110 WEST C ST, SUITE 1002
SAN DIEGO, CA 92101-3906

